# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 21, 2021

Lyle W. Cayce
Clerk

No. 21-20029
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LEE E. PRICE, III,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CR-522-1

Before DAVIS, STEWART, and DENNIS, *Circuit Judges*.

PER CURIAM:*

Lee E. Price, III, was granted pretrial release from detention. Following a hearing, however, his release was revoked, based in part on findings that he violated conditions of release. After the district court denied Price's subsequent motion to reopen his detention hearing, he appealed.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-20029

In this court, Price contends as follows: the district court erroneously found that he received a written copy of his release conditions before his release; he was not provided with a copy; he unknowingly violated the conditions; the district court never addressed his argument that the attorney representing a cooperating individual had a conflict of interest; he was never charged for any offense in connection with his conduct on release; and the court erred in finding that he has continued to engage in suspect behavior since his detention.

We review rulings on motions to reopen detention hearings applying a deferential standard that is equivalent to reviewing for abuse of discretion. *See United States v. Hare*, 873 F.2d 796, 798 (5th Cir. 1989). Absent an error of law, we will affirm if the district court's decision is supported by the proceedings. *Id.* Here, we discern no legal errors and conclude, in light of the record, that the district court's decision not to reopen the detention hearing is supported by the proceedings. *See id.* at 798-99.

The judgment of the district court is AFFIRMED. Price's request for release pending appeal is DENIED. *See* Fed. R. App. P. 9(a)(3).